Fill in this information to identify the case:

United States Bankruptcy Court for the:

__EASTERN__ District of __WA__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  HOODSTOCK RANCH, LLC.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82-0749286

4. **Debtor's address**

   Principal place of business
   1749 22nd ST
   Number    Street

   HOOD RIVER, OR 97031
   City    State    ZIP Code

   County

   Mailing address, if different from principal place of business
   SAME
   Number    Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

24-00636-WLH11    Doc 1    Filed 04/25/24    Entered 04/25/24 13:56:28    Pg 1 of 20

Debtor   HOODSTOCK RANCH LLC                                  Case number (if known)_____
         Name

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply*:
       - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - [ ] A plan is being filed with this petition.
       - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

Debtor  HOODSTOCK RANCH, LLC            Case number (if known)_____
        Name

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☐ No
   ☒ Yes. District  EASTERN   When _____ Case number _____
                                   MM / DD / YYYY
   If more than 2 cases, attach a separate list.
            District _____   When _____ Case number _____
                                   MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☒ No
    ☐ Yes. Debtor _____   Relationship _____
           District _____   When _____
                                  MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
           Case number, if known _____

11. Why is the case filed in *this district*?
    Check all that apply:
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ☒ No   SHOULD BE "NO"
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    Where is the property?  267  86 RD
                           Number  Street

                           TROUT LAKE,              WA   99650
                           City                     State ZIP Code

    Is the property insured?
    ☐ No
    ☒ Yes. Insurance agency  USAA
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

24-00636-WLH11   Doc 1   Filed 04/25/24   Entered 04/25/24 13:56:28   Pg 3 of 20

| Debtor | WOODSTOCK RANCH, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 13. Debtor's estimation of available funds

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1-49  (3)
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 / 25 / 2024
MM / DD / YYYY

X _____ MGH
Signature of authorized representative of debtor

Printed name: MARK GORDON HERON / MARY K HERON

Title: MANAGING MEMBERS.

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

24-00636-WLH11    Doc 1    Filed 04/25/24    Entered 04/25/24 13:56:28    Pg 4 of 20

Debtor __HOODSTOCK RANCH, LLC__   Case number (if known) _____
       Name

**18. Signature of attorney**    ✗ _____    Date _____
                                  Signature of attorney for debtor    MM / DD / YYYY

CAROLYN
SMALE TO
BE RETAINED

Printed name
_____

Firm name
_____

Number    Street
_____

City                              State    ZIP Code
_____

Contact phone _____    Email address _____

Bar number _____       State _____

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

[Caption as in Form 416B]

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                           $ __2,500,000__

   b. Total debts (including debts listed in 2.c., below)    $ __3,000,000.__

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | | |
   |---|---|---|---|---|---|
   | secured ☒ | unsecured ☐ | subordinated ☐ | $ 2,717,396 | | 1 |
   | secured ☒ | unsecured ☐ | subordinated ☐ | $ 500,000 | | 1 |
   | secured ☒ | unsecured ☐ | subordinated ☐ | $ 60,000 | | 1 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

   d. Number of shares of preferred stock      ∅

   e. Number of shares common stock            ∅

   Comments, if any: _____

3. Brief description of debtor's business: __INVESTMENT PROPERTY BEING SOLD.__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   __MARY KATHLEEN HERON       50%.__
   __MARK GORDON HERON         50%.__

Fill in this information to identify the case:

Debtor name: HOODSTOCK RANCH, LLC
United States Bankruptcy Court for the: EASTERN District of WA (State)
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | L & M RECREATION 19160 SW POMONA BEAVERTON, OR 97007 | | REAL ESTATE LENDER | | 2,717,396 | | |
| 2 | TOOTHACRES PO BOX 611 VANCOUVER, WA 98666 | | REAL ESTATE LENDER | | 500,000 | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1
24-00636-WLH11   Doc 1   Filed 04/25/24   Entered 04/25/24 13:56:28   Pg 7 of 20

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

2. Cash on hand          $ _11,000_

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. BMO BANK | CHECKING | 5877 | $ 0 |
   | 3.2. | | | $ |

4. Other cash equivalents *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1**          $ _____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor  **WOODSTOCK RANCH, LLC**   Case number (if known) _____

## 8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. _____ $_____
8.2. _____ $_____

## 9. Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.  $_____

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. Accounts receivable

    11a. 90 days old or less: _____ − _____ = ....→ $_____
         face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:   _____ − _____ = ....→ $_____
         face amount         doubtful or uncollectible accounts

12. Total of Part 3
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____

## Part 4: Investments

13. Does the debtor own any investments?
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. Mutual funds or publicly traded stocks not included in Part 1
    Name of fund or stock:
    14.1. _____ _____ $_____
    14.2. _____ _____ $_____

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

    Name of entity:                              % of ownership:
    15.1. _____ _____% _____ $_____
    15.2. _____ _____% _____ $_____

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
    Describe:
    16.1. _____ _____ $_____
    16.2. _____ _____ $_____

17. Total of Part 4
    Add lines 14 through 16. Copy the total to line 83.  $_____

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 2

Debtor  HOODSTOCK RANCH, LLC          Case number (if known) _____
        Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                                          $_____
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    ☒ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. Crops—either planted or harvested | | | | |
| _____ | | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | | |
| _____ | | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | | |
| _____ | | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | | |
| _____ | | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | | |
| _____ | | $_____ | _____ | $_____ |

Debtor __WOODSTOCK RANCH, LLC__    Case number (if known) _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture ∅ | $_____ | _____ | $_____ |
| 40. Office fixtures ∅ | $_____ | _____ | $_____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software ∅ | $_____ | _____ | $_____ |
| 42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 ∅ | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  HOODSTOCK RANCH, LLC  Case number (if known)_____

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. Aircraft and accessories

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

    _____  $_____  _____  $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.  $_____

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☒ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

Debtor  WOODSTOCK RANCH, LLC    Case number (if known) _____

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 267 96 RD<br>55.2 TROUT LAKE, WA 98650 | INVESTMENT | $ 2,500,000<br>$ | Current Sale | $ 2,500,000<br>$ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 2,500,000

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☒ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.    $ _____

Debtor  HOOFSTOCK RANCH, LLC          Case number (if known) _____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☒ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☒ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                        Current value of debtor's interest

71. Notes receivable
    Description (include name of obligor)
    ∅
    _____ - _____ = → $_____
    Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)
    Description (for example, federal, state, local)
    ∅
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. Interests in insurance policies or annuities
    ∅                                                                                  $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)
    ∅
    Nature of claim      _____
    Amount requested     $_____                                                 $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
    ∅
    Nature of claim      _____
    Amount requested     $_____                                                 $_____

76. Trusts, equitable or future interests in property
    ∅                                                                                  $_____

77. Other property of any kind not already listed  Examples: Season tickets, country club membership
    ∅
    _____                                               $_____
    _____                                               $_____

78. Total of Part 11.
    Add lines 71 through 77. Copy the total to line 90.                                $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

Debtor: HOOASTOCK RANCH, LLC   Case number (if known) _____

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $11,000 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | |
| 83. Investments. Copy line 17, Part 4. | $0 | |
| 84. Inventory. Copy line 23, Part 5. | $0 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | |
| 88. Real property. Copy line 56, Part 9. | → | $2,500,000 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $ | |
| 90. All other assets. Copy line 78, Part 11. | + $ | |
| 91. Total. Add lines 80 through 90 for each column. 91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................... $2,511,000

# Fill in this information to identify the case:

Debtor name: HOODSTOCK RANCH, LLC

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A: Amount of claim | Column B: Value of collateral that supports this claim |

**2.1 Creditor's name:** L & M RECREATION

Creditor's mailing address: 19160 POMONA DR, TROUT LAKE, WA 98650

Creditor's email address, if known: _____

Date debt was incurred: 12/2019
Last 4 digits of account number: private loan

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien: 267 86 RD, TROUT LAKE, WA 98650

Describe the lien: NOTE & DEED OF TRUST 1ST POSITION

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $2,717,396

**2.2 Creditor's name:** TOOTHACRES

Creditor's mailing address: PO BOX 611, VANCOUVER, WA 98666

Creditor's email address, if known: _____

Date debt was incurred: 12/2019
Last 4 digits of account number: ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien: PO BOX 611, VANCOUVER, WA 98666

Describe the lien: NOTE & DEED OF TRUST 2ND POSITION

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $_____

Debtor: WOODSTOCK RANCH, LLC       Case number (if known) _____

## Part 1: Additional Page

Column A — Amount of claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

2._ Creditor's name _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien _____
$_____    $_____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2._ Creditor's name _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☑ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien _____
$_____    $_____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

Fill in this information to identify the case:

Debtor name: HOODSTOCK RANCH, LLC

United States Bankruptcy Court for the: EASTERN District of WA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................ $ 2,500,000

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................... $ 0

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B............................................................. $ 2,500,000

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D................... $ 3,217,396

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................ $ 60,000

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ + $ 0

4. **Total liabilities**................................................................................ $ 3,277,396
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: HOODSTOCK RANCH, LLC.

United States Bankruptcy Court for the: EASTERN District of WA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date | From 01/01/24<br>MM/DD/YYYY to | Filing date | ☐ Operating a business<br>☐ Other INVESTMENT BUSINESS PROPERTY | $ 11,000 |
   | For prior year: | From 01/01/23<br>MM/DD/YYYY to | 01/01/24<br>MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0 |
   | For the year before that: | From 01/01/22<br>MM/DD/YYYY to | 01/01/23<br>MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ 0 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date | From _____<br>MM/DD/YYYY to | Filing date | _____ | $_____ |
   | For prior year: | From _____<br>MM/DD/YYYY to | _____<br>MM/DD/YYYY | _____ | $_____ |
   | For the year before that: | From _____<br>MM/DD/YYYY to | _____<br>MM/DD/YYYY | _____ | $_____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 1

24-00636-WLH11    Doc 1    Filed 04/25/24    Entered 04/25/24 13:56:28    Pg 19 of 20

MATRIX OF CREDITORS
HOODSTOCK RANCH, LLC
EIN: 82-0749286

L & M RECREATION
19160 SW POMONA DR          $2,716,390.33
BEAVERTON, OR 97007

TOOTHACRES, LLC
C/O PO BOX 611              $500,000
VANCOUVER, WA
         98666

KLICKITAT COUNTY TREASURER
205. S. COLUMBUS AV         ± 60,000
GOLDENDALE, WA 98620